DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH POLO, INC.** and **PALM BEACH POLO HOLDINGS, INC.**,
Appellants,

v.

**FAR NIENTE STABLES, LLC, FAR NIENTE STABLES, II, LLC,
FAR NIENTE STABLES III, LLC, FAR NIENTE STABLES IV, LLC,
FAR NIENTE STABLES V, LLC, POLO FIELD ONE, LLC,** and
**WELLINGTON EQUESTRIAN PARTNERS, LLC**,
Appellees.

No. 4D17-2966

[June 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph G. Marx, Judge; L.T. Case No. 502014CA000726XXXXMB.

Larry A. Zink of Zink, Zink & Zink Co., L.P.A., Hillsboro Beach, for appellants.

Daniel S. Rosenbaum and Misti Z. Barnett of Rosenbaum PLLC, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***